**IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.**



Dated: June 17, 2016

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re: )<br>)<br>QVL PHARMACY HOLDINGS, INC., )<br>)<br>Debtor. )<br>) | Chapter 11<br>Case No. 15-14983-FJB<br>(United States Bankruptcy Court for the<br>District of Massachusetts) |
| ASCLEPIUS PANACEA, LLC, )<br>ASCLEPIUS PANACEA GP, LLC, )<br>DAILY PHARMACY, LLC, DAILY )<br>PHARMACY GP, LLC, AND )<br>TOTH ENTERPRISES II, P.A. D/B/A )<br>VICTORY MEDICAL CENTER )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>QVL PHARMACY #181 GP, LLC, QVL ) | <br><br><br><br><br><br><br><br>Adversary Proceeding<br>No.: 16-01033 |

PHARMACY # 162 GP, LLC, QVL )
PHARMACY HOLDINGS, INC., and )
TODD ENRIGHT, INDIVIDUALLY )
                                    )
              Defendants. )
                                    )

## ORDER GRANTING MOTION OF DEFENDANTS QVL PHARMACY HOLDINGS, INC. AND TODD ENRIGHT TO TRANSFER VENUE

CAME ON FOR CONSIDERATION THIS DAY, the Motion of Defendants, QVL Pharmacy Holdings, Inc. ("QVL") and Todd Enright, individually ("Mr. Enright") to Transfer Venue.

The Court, after considering the Motion, does hereby find that it is appropriate to grant the Motion. Accordingly, it is hereby

**ORDERED, ADJUDGED and DECREED** that the venue of this proceeding shall be and hereby is, transferred to the United States Bankruptcy Court for the District of Massachusetts.

### # # #

