

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 17, 2016**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| QVL PHARMACY HOLDINGS, INC. | § | Case No. 15-14983 |
|     Debtor | § | Chapter 11 |
| | § | (United States Bankruptcy Court for |
| | § | the District of Massachusetts) |

| | | |
|---|---|---|
| ASCLEPIUS PANACEA, LLC, | § | |
| ASCLEPIUS PANACEA GP, LLC, | § | |
| DAILY PHARMACY, LLC, DAILY | § | |
| PHARMACY GP, LLC, AND | § | |
| TOTH ENTERPRISES II, P.A., | § | |
| D/B/A VICTORY MEDICAL CENTER | § | |
|     Plaintiffs | § | |
| | § | |
| v. | § | ADV. PROC. NO. 16-01033 |
| | § | |
| QVL PHARMACY #181 GP, LLC, | § | |
| QVL PHARMACY #162 GP, LLC, | § | |
| QVL PHARMACY HOLDINGS, INC. | § | |
| And TODD ENRIGHT, Individually | § | |
|     Defendants | § | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND

Came on for consideration the Motion (the "**Motion**") filed by Asclepius Panacea, LLC, Asclepius Panacea GP, LLC, Daily Pharmacy, LLC, Daily Pharmacy GP, LLC, and Toth Enterprises II, P.A., d/b/a Victory Medical Center (collectively, the "**Plaintiffs**"), Plaintiffs in the above-referenced case, requesting that the Court remand this adversary proceeding to the 98th Judicial District Court of Travis County, Texas. The Court, after reviewing the pleadings, the evidence on file and the arguments of counsel, and for the reasons stated on the record, finds that the State Court Action[1] should be remanded; it is therefore

ORDERED, ADJUDGED AND DECREED that Adversary No. 16-01033 be REMANDED to the 98th Judicial District Court of Travis County, Texas, from which the State Court Action was removed; it is further

ORDERED that any relief not expressly granted herein is DENIED.

###

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Motion.